# EXHIBIT "1"

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:    702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>AFFINITYLIFESTYLES.COM, INC., REAL WATER, INC., and REAL WATER OF TENNESSEE, LLC,<br><br>Debtors. | Case No. BK-S-21-14099-NMC<br>Case No. BK-S-21-14101-NMC<br>Case No. BK-S-21-14102-NMC<br>Chapter 7<br><br>**<u>CASE CAPTION</u>**<br><br>Date of Hearing:<br>Time of Hearing:<br>Place: Courtroom No.<br>　　　　　　　　　Foley Federal Building<br>　　　　　　　　　300 Las Vegas Blvd., S.<br>　　　　　　　　　Las Vegas, NV 89101<br><br>Judge: Honorable Natalie M. Cox |

-1-